United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mohammad Amin  
       Debtor

Case No. 13-17039-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 2    Date Rcvd: Aug 13, 2013  
                    Form ID: 130      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2013.  
db         Mohammad Amin,   14 Lexington Avenue,   East Lansdowne, PA   19050-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**                         **Signature:** _Joseph Speetjens_

```
District/off: 0313-2          User: Antoinett            Page 2 of 2               Date Rcvd: Aug 13, 2013
                              Form ID: 130               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:
        RONALD G. MCNEIL    on behalf of Debtor Mohammad  Amin r.mcneil1@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                                 Chapter: 7

    Mohammad Amin
                Debtor(s)                        Bankruptcy No: 13−17039−mdc

# *O R D E R*

AND NOW, this 13th day of August, 2013 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Atty Disclosure Statement due 08/26/2013. Statement of Current Monthly Income due 08/26/2013. Schedules A−J due 08/26/2013. Statement of Financial Affairs due 08/26/2013. Summary of schedules due 08/26/2013. Statistical Summary of Certain Liabilities due 08/26/2013

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007−2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 8/26/13 .

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

7
Form 130