UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  13 - 17039 |
| Mohammad Amin | : | (Chapter 7) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

## PRAECIPE TO WITHDRAW DOCUMENT

To The Clerk:

Please mark the dockets to reflect that Debtor's Counsel, Ronald G. McNeil, Esquire, has withdraw his Proof of Claim (P.O.C. # 8) in the above-captioned matter.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: December 28, 2013
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net