IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MOHAMMAD AMIN | : | BANKRUPTCY NO. 13-17039(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, this 12th day of Mar., 2014, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for (a) Approval of a Settlement Agreement Between the Trustee and Philadelphia Redevelopment Authority and (b) Authority to Pay Liens (the "Motion"), and after notice and hearing; it is hereby

**ORDERED**, that the Motion is **GRANTED**; it is further

**ORDERED**, that the Settlement Agreement (as defined in the Motion) is hereby **APPROVED** and the parties thereto are authorized to carry out its terms as if fully set forth herein at length; and it is further

**ORDERED**, that the Trustee is authorized to pay the following Liens (as defined in the Motion) in the aggregate amount of $20,136.39 plus interest, penalty and costs:

1. Real estate taxes: 2005 and 2008 through 2010 of $5,077.23 plus interest, penalty and costs. As of December 16, 2013, the balance owed is $8,616.39.

2. Judgment: Rezro Inc. v. Amin, et al. 051239034, 4548 Baltimore Avenue $11,520.00.

BY THE COURT:

_____
HONORABLE ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE